IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**CASSANDRA R. WILTZ,**

      **Plaintiff,**

vs.                                                      Case No.: 2:13-cv-523
                                                            JUDGE SMITH
                                                            Magistrate Judge Deavers

**MOUNDBUILDERS GUIDANCE
CENTER,** *et al.,*

      **Defendants.**


### ORDER

On August 13, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's race discrimination and First Amendment claims be dismissed for failure to state a claim pursuant to §1915(e).  Additionally, the Magistrate Judge recommended that the Court decline to exercise jurisdiction over Plaintiff's state-law discrimination claims.  (*See Report and Recommendation*, Doc. 18).  The parties were advised of their right to object to the *Report and Recommendation*.  This matter is now before the Court on Plaintiff's Objection to the *Report and Recommendation* and the Supplemental to the Objection to the *Report and Recommendation*.  (*See* Docs. 6 and 8).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

      The objections, however, merely present the arguments and issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*.  For the reasons stated

in the *Report and Recommendation*, this Court finds that the objections are without merit.

The *Report and Recommendation,* Document 4, is **ADOPTED** and **AFFIRMED.** Plaintiff's race discrimination and First Amendment claims are hereby **DISMISSED**.  The Court further declines to exercise jurisdiction over Plaintiff's state-law discrimination claims. Accordingly, Plaintiff's Complaint is hereby **DISMISSED**.

The Clerk shall remove Documents 4, 6, and 8 from the Court's pending motions list.

The Clerk shall remove this case from the Court's pending cases.

**IT IS SO ORDERED**.

>           */s/ George C. Smith*         
> **GEORGE C. SMITH, JUDGE**
> **UNITED STATES DISTRICT COURT**